**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) | Case No. 23-10366 (JTD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Oaktree Capital Management, L.P. (collectively with its affiliated investment funds and affiliates, "Oaktree") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| **SULLIVAN & CROMWELL, LLP** | **YOUNG CONAWAY STARGATT &** |
| Ari B. Blaut | **TAYLOR, LLP** |
| Benjamin S. Beller | Pauline K. Morgan |
| Nicholas R. Baker | Ryan M. Bartley |
| 125 Broad Street | 1000 North King Street |
| New York, New York 10004 | Wilmington, Delaware 19801 |
| Telephone: (212) 558-4000 | Telephone:  (302) 571-6600 |
| Emails: bellerb@sullcrom.com | **CM/ECF Noticing: bankfilings@ycst.com** |
| blauta@sullcrom.com | Emails:  pmorgan@ycst.com |
| bakern@sullcrom.com | rbartley@ycst.com |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510).  The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or Oaktree.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver:  (i) of any rights of Oaktree to (a) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (b) trial by jury in any proceeding so triable, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, defenses, and remedies of Oaktree, whether in law or in equity, or under any agreements or otherwise, all of which rights, claims, actions, defenses and remedies are expressly reserved.

30217563.2

Dated:  March 29, 2023
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Ryan M. Bartley*
Pauline K. Morgan (No. 3650)
Ryan M. Bartley (No. 4985)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  pmorgan@ycst.com
       rbartley@ycst.com

- and -

**SULLIVAN & CROMWELL, LLP**
Ari B. Blaut
Benjamin S. Beller
Nicholas R. Baker
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Email: bellerb@sullcrom.com
     blauta@sullcrom.com

*Counsel to Oaktree Capital Management, L.P.*

30217563.2