**1:30pm      SiO2 Medical Products, Inc.      23-10366      First Day Hearing      3-30-2023**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Linda | Richenderfer | UST | |
| Pauline | Morgan | Oaktree Capital Management, L.P. | Young Conaway Stargatt & Taylor LLP |
| Ryan | Bartley | Oaktree Capital Management, L.P. | Young Conaway Stargatt & Taylor LLP |
| Brendan | Schlauch | ATHOS KG | Richards, Layton & Finger, P.A. |
| Joshua | Brooks | Oaktree Capital Management, L.P. | Young Conaway Stargatt & Taylor LLP |
| Benjamin | Beller | Oaktree Capital Management, L.P. | Sullivan & Cromwell LLP |
| Nicholas | Baker | Oaktree Capital Management, L.P. | Sullivan & Cromwell LLP |
| Shaya | Rochester | Athos KG | KATTEN MUCHIN ROSENMAN LLP |
| Jeff | Kaplan | BCAS | BCAS |
| Steven | Reisman | Athos KG | KATTEN MUCHIN ROSENMAN LLP |
| Daniel | DeFranceschi | Athos KG | RICHARDS, LAYTON & FINGER, P.A. |
| Julia | Mosse | Athos KG | KATTEN MUCHIN ROSENMAN LLP |
| Dan | Latona | Debtors | Kirkland & Ellis LLP |
| Jayna | Lamar | Retirement Systems of Alabama | Maynard Cooper & Gale, PC |
| Ethan | Trotz | Athos KG | Katten Muchin Rosenman LLP |
| Jashua | Altman | Debtors | Kirkland & Ellis LLP |
| Brian | Schartz | Debtors | Kirkland & Ellis LLP |
| Alexander | Steiger | ATHOS KG | RLF |
| Nicholas | Krislov | Debtors | Kirkland & Ellis LLP |
| Justin | Alberto | Debtors | Cole Schotz P.C. |
| Seth | Van Aalten | Debtors | Cole Schotz P.C. |
| Stacy | Newman | Debtors | Cole Schotz P.C. |
| Jack | Dougherty | Debtors | Cole Schotz |

**1:30pm    SiO2 Medical Products, Inc.    23-10366    First Day Hearing    3-30-2023**

| Patrick | Reilley | Debtors | Cole Schotz |
|---------|---------|---------|-------------|
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Seth | Bullock | Debtors | Alvarez and Marsal |
| Tyler | Cowan | Debtors | Lazard |
| Yves | Steffen | Debtors | SiO2 Medical Products, Inc. |
| Michael | Fitzpatrick | Debtors | Cole Schotz P.C. |
| Maria | Sawczuk | Southern States Bank | Goldstein & McClintock LLLP |
| Robert | Schechter | Interested Party | Porzio, Bromberg & Newman, P.C. |
| Richard | Archer | Law360 | |
| Caroline | Salls | BankruptcyData - media | |
| Rachel | Mersky | Waste Management | Monzack Mersky and Browder, PA |
| Taylor | Harrison | Debtwire | |
| Hannes | Schenk | DIP Lender | Houlihan Lokey |
| Alex | Raskin | DIP Lender | Houlihan Lokey |
| Hannes | Schenk | DIP Lender | Houlihan Lokey |
| Alex | Miller | DIP Lender | Houlihan Lokey |
| Nellwyn | Voorhies | Donlin Recano & Company | |
| Garabed | Khachikian | Proposed UCC FA | Province Firm |
| Lucas | Postolos | Debtors | Alvarez & Marsal |
| Viroopa | Volla | SiO2 | Alvarez and Marsal |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Kirkland | Chicago | SiO2 | Kirkland & Ellis |
| Dennis | O'Donnell | Party in Interest | DLA Piper |
| Rachel | Parisi | Interested Party | Porzio, Bromberg & Newman, P.C. |
| Lisa | Terry | Claims Agent - Donlin Recano | |
| Nicole | McLemore | Interested Party | DLA Piper LLP (US) |
| Paul | Meister | Director, SiO2 | |
| Ryan | Nichols | Berkeley Research Group | |
| Benjamin | Ruthven | A&M | Benjamin |
| Akiko | Matsuda | Wall Street Journal | |
| Jeff | Stewart | AuburnBank | AuburnBank |
| David | Zubkis | Reorg | |
| James | Lathrop | N/A | Goodwin |
| Brandon | McBay | Southern States Bank | |

**1:30pm     SiO2 Medical Products, Inc.     23-10366     First Day Hearing    3-30-2023**

| Margaret | Reiney | K&E | |
|----------|--------|-----|--|
| Jonathan | Freedman | Jonathan R Freedman | |
| David | Riley | Interested Party | DLA Piper LLP (US) |
| Laura | Haney | Court | |
| Sean | McCauley | Debtors | Lazard |
| | | | |