SiO2 Medical Products, Inc.  23-10366
4/26/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Zachary | Balasko | United States of America | U.S. Department of Justice |
| Natan | Bane | Doosan Corporation | |
| David | Riley | Monitoring | DLA Piper LLP |
| Jayna | Lamar | The Teachers' Retirement System of Alabama & The | Maynard Nexsen PC |
| Melissa | Simon | ATHOS | |
| Daniel | DeFranceschi | ATHOS KG and certain affiliates | Richards, Layton & Finger, P.A. |
| Steven | Reisman | ATHOS | Katten Muchin Rosenman LLP |
| Shaya | Rochester | ATHOS | Katten Muchin Rosenman LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Andrea | Kropp | Official Committee of Unsecured Creditors | White & Case LLP |
| Brandon | Batzel | Official Committee of Unsecured Creditors | White & Case LLP |
| John | Ramirez | The Committee | White & Case LLP |
| Andrew | O'Neill | Official Committee of Unsecured Creditors | White & Case |
| Gabe | Sutherland | Official Committee of Unsecured Creditors | White & Case LLP |
| David | Schwartz | Doosan Corporation | |
| Brendan | Schlauch | Athos AG | Richards, Layton & Finger, P.A. |
| Benjamin | Beller | Oaktree Capital Management L.P. | Sullivan & Cromwell LLP |
| Nicholas | Baker | Oaktree Capital Management L.P. | Sullivan & Cromwell LLP |
| Matthew | Austria | Renasant Bank | Austria Legal, LLC |
| Patrick | Reilley | Debtors | Cole Schotz P.C. |
| Alexander | Steiger | ATHOS KG | RLF |
| Mary | Schmergel | United States | US Department of Justice |
| Brian | Schartz | Debtors | Kirkland & Ellis LLP |
| Joshua | Altman | Debtors | Kirkland & Ellis LLP |
| Nick | Krislov | Debtors | Kirkland & Ellis LLP |
| Seth | Bullock | Debtors | Alvarez and Marsal |
| Anna | Rotman | Debtors | Kirkland & Ellis LLP |
| Ben | Barnes | Debtors | Kirkland & Ellis LLP |
| Dan | Latona | Debtors | Kirkland & Ellis LLP |
| Justin | Alberto | Debtors | Cole Schotz P.C. |
| Seth | Van Aalten | Debtors | Cole Schotz P.C. |
| Alex | Miller | DIP Lender | Houlihan Lokey |
| Stacy | Newman | Debtors | Cole Schotz P.C. |

SiO2 Medical Products, Inc.  23-10366
4/26/2023

| | | | |
|---|---|---|---|
| Michael | Fitzpatrick | Debtors | Cole Schotz P.C. |
| Hannes | Schenk | DIP Lender | Houlihan Lokey |
| Jack | Dougherty | Debtors | Cole Schotz P.C. |
| Alex | Raskin | DIP Lender | Houlihan Lokey |
| Tyler | Conwan | Debtors | Lazard |
| Steven | Zakuta | DIP Lender | Houlihan Lokey |
| Pauline | Morgan | Oaktree Capital Management L.P. | Young Conaway Stargatt & Taylor, LLP |
| Ryan | Bartley | Oaktree Capital Management L.P. | Young Conaway Stargatt & Taylor, LLP |
| Jeffrey | Waxman | Southern States Bank | Morris James LLP |
| Tara | Pakrouh | Southern States Bank | Morris James LLP |
| Linda | Richenderfer | UST | |
| Christopher | Samis | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Jessica | Steinhagen | Reorg | |
| Viroopa | Volla | SiO2 | |
| Joshua | Brooks | Oaktree Capital Management L.P. | Young Conaway Stargatt & Taylor, LLP |
| Lucas | Postolos | Debtors | A&M |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Aaron | Stulman | Official Committee of Unsecured Creditors | Potter Anderson & Corroon |
| Cory | Falgowski | Regions Bank | Burr & Forman LLP |
| Peter | Knight | ATHOS | Katten Muchin Rosenman LLP |
| Tanzila | Zomo | Debtor | Kirkland & Ellis LLP |