**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) | Case No. 23-10366 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                         ) ss:
COUNTY OF KINGS         )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these Chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 24th day of April, 2023, DRC, acting under my supervision, caused a true and accurate copy of the "Motion of Debtors for Entry of an Order Compelling Production of Documents from Robert S. Abrams Under Bankruptcy Rule 2004" (Docket No. 189), to be served via electronic mail upon the parties as set forth on Exhibit 1: and via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 27th day of April, 2023, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
27th day of April, 2023

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Case 23-10366-JTD Doc 220 Filed 04/27/23 Page 4 of 9
SiO2 Medical Products, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 2                                                                 04/24/2023 08:05:32 PM

| | | | |
|---|---|---|---|
| 000098P001-1513S-013<br>AUSTRIA LEGAL LLC<br>MATTHEW P AUSTRIA<br>1007 N ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>MAUSTRIA@AUSTRIALLC.COM | 000110P001-1513S-013<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>SUMMERSM@BALLARDSPAHR.COM | 000110P001-1513S-013<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000112P001-1513S-013<br>BURR & FORMAN LLP<br>J CORY FALGOWSKI,ESQ<br>222 DELAWARE AVE.,STE 1030<br>WILMINGTON DE 19801<br>JFALGOWSKI@BURR.COM |
| 000041P001-1513S-013<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1513S-013<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000100P001-1513S-013<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK,ESQ<br>501 SILVERSIDE RD.,STE 65<br>WILMINGTON DE 19809<br>MARIAS@GOLDMCLAW.COM | 000101P001-1513S-013<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MATTHEW E MCCLINTOCK,ESQ<br>111 W WASHINGTON ST.,STE 1221<br>CHICAGO IL 60602<br>MATTM@GOLDMCLAW.COM |
| 000097P002-1513S-013<br>JACK SHRUM, P.A.<br>JACKSON SHRUM,ESQ<br>919 N MARKET ST.,STE 1410<br>WILMINGTON DE 19801<br>JSHRUM@JSHRUMLAW.COM | 000059P001-1513S-013<br>KATTEN MUCHIN ROSENMAN LLP<br>STEVEN J. REISMAN<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>SREISMAN@KATTEN.COM | 000060P001-1513S-013<br>KATTEN MUCHIN ROSENMAN LLP<br>SHAYA ROCHESTER<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>SHAYA.ROCHESTER@KATTEN.COM | 000060P001-1513S-013<br>KATTEN MUCHIN ROSENMAN LLP<br>SHAYA ROCHESTER<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>SROCHESTER@KATTEN.COM |
| 000061P001-1513S-013<br>KATTEN MUCHIN ROSENMAN LLP<br>JOHN P. HUANG<br>525 WEST MONROE ST<br>CHICAGO IL 60661-3693<br>JOHN.HUANG@KATTEN.COM | 000096P001-1513S-013<br>KATTEN MUCHIN ROSENMAN LLP<br>JULIA MOSSE<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br>JMOSSE@KATTEN.COM | 000050P001-1513S-013<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US | 000105P001-1513S-013<br>MAURICE WUTSCHER LLP<br>ALAN C HOCHHEISER<br>23611 CHAGRIN BLVD.,STE 207<br>BEACHWOOD OH 44122<br>AHOCHHEISER@MAURICEWUTSCHER.COM |
| 000117P001-1513S-013<br>MAYNARD NEXSEN PC<br>JAYNA PARTAIN LAMAR<br>1901 SIXTH AVENUE NORTH STE 1700<br>BIRMINGHAM AL 35203<br>JLAMAR@MAYNARDNEXSEN.COM | 000116P001-1513S-013<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>KBUCK@MCCARTER.COM | 000099P001-1513S-013<br>MILLER & MARTIN PLLC<br>WILLIAM A DUPRE IV<br>1180 WEST PEACHTREE ST.,NW STE 2100<br>ATLANTA GA 30309<br>BILL.DUPRE@MILLERMARTIN.COM | 000094P001-1513S-013<br>MONZACK MERSKY AND BROWDER P.A.<br>RACHEL B MERSKY<br>1201 N ORANGE ST.,STE 400<br>WILMINGTON DE 19801<br>RMERSKY@MONLAW.COM |
| 000103P001-1513S-013<br>MORRIS JAMES LLP<br>JEFFREY R WAXMAN;ERIC J MONZO;TARA C PAKROUH<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>JWAXMAN@MORRISJAMES.COM | 000103P001-1513S-013<br>MORRIS JAMES LLP<br>JEFFREY R WAXMAN;ERIC J MONZO;TARA C PAKROUH<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM | 000103P001-1513S-013<br>MORRIS JAMES LLP<br>JEFFREY R WAXMAN;ERIC J MONZO;TARA C PAKROUH<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>TPAKROUH@MORRISJAMES.COM | 000003P002-1513S-013<br>OFFICE OF THE US TRUSTEE<br>LINDA RICHENDERFER<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>LINDA.RICHENDERFER@USDOJ.GOV |

Case 23-10366-JTD   Doc 220   Filed 04/27/23   Page 5 of 9

SiO2 Medical Products, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 2                                                                 04/24/2023 08:05:32 PM

| | | | |
|---|---|---|---|
| 000074P001-1513S-013<br>PIXON ENGINEERING AG<br>DANIEL BERNHARD KEHL<br>PRESIDENT<br>SANDSTRASSE 2<br>VISP 3930<br>SWITZERLAND<br>INFO@PIXON-CH.COM | 000115P001-1513S-013<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>CSAMIS@POTTERANDERSON.COM | 000115P001-1513S-013<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>ASTULMAN@POTTERANDERSON.COM | 000115P001-1513S-013<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>KMORALES@POTTERANDERSON.COM |
| 000115P001-1513S-013<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>LAKKERMAN@POTTERANDERSON.COM | 000095P001-1513S-013<br>RICHARDS LAYTON & FINGER P.A.<br>DANIEL J DEFRANCESCHI;BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>DEFRANCESCHI@RLF.COM | 000095P001-1513S-013<br>RICHARDS LAYTON & FINGER P.A.<br>DANIEL J DEFRANCESCHI;BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SCHLAUCH@RLF.COM | 000111P001-1513S-013<br>ROBINS KAPLAN LLP<br>JAMES P MENTON,ESQ<br>2121 AVENUE OF THE STARS, STE 2800<br>LOS ANGELES CA 90067<br>JMENTON@ROBINSKAPLAN.COM |
| 002049P001-1513A-013<br>ROPES AND GRAY LLP<br>GREGG GALARDI<br>1211 SIXTH AVE<br>NEW YORK NY 10036<br>GREGG.GALARDI@ROPESGRAY.COM | 000015P001-1513S-013<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000016P001-1513S-013<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000102P001-1513S-013<br>STEINFELD & STEINFELD PC<br>SHAYNA M STEINFELD,ESQ<br>11B LENOX POINTE NE<br>ATLANTA GA 30324<br>SHAYNA@STEINFELDLAW.COM |
| 000019P001-1513S-013<br>SULLIVAN & CROMWELL LLP<br>ARI BLAUT<br>125 BROAD STREET<br>NEW YORK NY 10004-2498<br>BLAUTA@SULLCROM.COM | 000058P001-1513S-013<br>SULLIVAN & CROMWELL LLP<br>BENJAMIN S. BELLER<br>125 BROAD STREET<br>NEW YORK NY 10004-2498<br>BELLERB@SULLCROM.COM | 000092P001-1513S-013<br>SULLIVAN & CROMWELL LLP<br>NICHOLAS R BAKER<br>125 BROAD ST<br>NEW YORK NY 10004<br>BAKERN@SULLCROM.COM | 000005P001-1513S-013<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| 000104P001-1513S-013<br>US DEPARTMENT OF JUSTICE<br>J ZACHARY BALASKO<br>CIVIL DIVISION<br>P O BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875<br>JOHN.Z.BALASKO@USDOJ.GOV | 000113P001-1513S-013<br>WHITE & CASE LLP<br>GREGORY F PESCE;ANDREW F O'NEIL;ERIN ROSENBERG<br>111 SOUTH WACKER DRIVE, STE 5100<br>CHICAGO IL 60606<br>GPESCE@WHITECASE.COM | 000113P001-1513S-013<br>WHITE & CASE LLP<br>GREGORY F PESCE;ANDREW F O'NEIL;ERIN ROSENBERG<br>111 SOUTH WACKER DRIVE, STE 5100<br>CHICAGO IL 60606<br>AONEILL@WHITECASE.COM | 000113P001-1513S-013<br>WHITE & CASE LLP<br>GREGORY F PESCE;ANDREW F O'NEIL;ERIN ROSENBERG<br>111 SOUTH WACKER DRIVE, STE 5100<br>CHICAGO IL 60606<br>ERIN.ROSENBERG@WHITECASE.COM |
| 000114P001-1513S-013<br>WHITE & CASE LLP<br>JOHN RAMIREZ;ANDREA KROPP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>JOHN.RAMIREZ@WHITECASE.COM | 000114P001-1513S-013<br>WHITE & CASE LLP<br>JOHN RAMIREZ;ANDREA KROPP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>ANDREA.KROPP@WHITECASE.COM | 000093P001-1513S-013<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>PAULINE K MORGAN;RYAN M BARTLEY<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>PMORGAN@YCST.COM | 000093P001-1513S-013<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>PAULINE K MORGAN;RYAN M BARTLEY<br>1000 NORTH KING ST<br>WILMINGTON DE 19801<br>RBARTLEY@YCST.COM |

Records Printed :  48

Case 23-10366-JTD Doc 220 Filed 04/27/23 Page 6 of 9
SiO2 Medical Products, Inc., et al.

Electronic Mail
Exhibit Page

Page # : 1 of 1                                                                                                                                   04/24/2023 10:23:30 PM

000162P002-1513A-013
JOHN BELFANCE
APTAR CSP TECHNOLOGIES
CEO
960 WEST VETERANS BLVD
AUBURN AL 36832
JOHN.BELFANCE@APTAR.COM

001377P002-1513A-013
COOLEY LLP
PATRICK GUNN
MANAGING PARTNER
101 CALIFORNIA ST
SAN FRANCISCO CA 94111
PGUNN@COOLEY.COM

000015P002-1513A-013
INTELLIGENT MATERIAL SOLUTIONS INC
HOWARD BELL
PRESIDENT
201 WASHINGTON RD
PRINCETON NJ 08540
HOWARD@INTELLIGENTMATERIAL.COM

001565P002-1513A-013
JONES WALKER LLP
WILLIAM H HINES
MANAGING PARTNER
201 ST CHARLES AVE 50TH FL
NEW ORLEANS LA 70170-5100
BHINES@JONESWALKER.COM

002034P002-1513A-013
PROF ALEXANDER PHD KLIBANOV
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
NOVARTIS PROF.OF BIOLOGICAL ENG. & CHEMISTRY
21 AMES STREET WHITAKER BUILDING 56579
CAMBRIDGE MA 02139
KLIBANOV@MIT.EDU

002035P002-1513A-013
PROF ROBERT PHD LANGER
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
LANGER LAB 77 MASSACHUSETTS AVE ROOM 76661
CAMBRIDGE MA 02139
RLANGER@MIT.EDU

002027P001-1513A-013
MIDAS PHARMA GMBH
KARL-HEINZ SCHLEICHER
PRESIDENT & CEO
RHEINSTR 49
INGELHEIM  55218
GERMANY
INFO@MIDAS-PHARMA.COM

000164P001-1513A-013
NAME ADDRESS AND EMAIL INTENTIONALLY OMITTED

001068P001-1513A-013
OAKTREE CAPITAL MANAGEMENT, LP
AMAN KUMAR
333 S GRAND AVE
28TH FL
LOS ANGELES CA 90071
AMKUMAR@OAKTREECAPITAL.COM

001713P002-1513A-013
PIXON ENGINEERING AG
DANIEL BERNHARD KEHL
PRESIDENT
SANDSTRASSE 2
VISP  3930
SWITZERLAND
INFO@PIXON-CH.COM

001739P002-1513A-013
PRUDENTIAL
CHARLES LOWREY
CHAIRMAN AND CEO
6716 GRADE LN
LEWISVILLE KY 40213
CHARLES.LOWREY@PRUDENTIAL.COM

001744P002-1513A-013
QUALITY MOLD INC
THOMAS J HAKEL
PRESIDENT
8130 HAWTHORNE DR
ERIE PA 16509
INFO@QUALITYMOLDERIE.COM

002036P003-1513A-013
GEOFFREY DR SLAFF
SOLID BIOSCIENCES
SCIENTIFIC ADVISORY BOARD
ADDRESS AND EMAIL INTENTIONALLY OMITTED

002037P002-1513A-013
JOHN STEIN
INTRAMICRON
DIRECTOR
368 INDUSTRY DR
AUBURN AL 36832
INFO@INTRAMICRON.COM

002028S001-1513A-013
WEST PHARMACEUTICAL SVCS INC
PAOLA WHIPPLE
THE LIBERTY CENTRE
BLANCHARDSTOWN
DUBLIN CO.DUBLIN D15
IRELAND
Paola.Whipple@westpharma.com

001201P002-1513A-013
WIRTHWEIN MEDICAL GMBH AND CO KG
DR RALF ZANDER
CFO
BAHNHOFSTR 80
MUEHLTAL  64367
GERMANY
INFO@WIRTHWEIN-MEDICAL.COM

001921P002-1513A-013
ZAHORANSKY AUTOMATION AND MOLDS
ROBERT DOUS
MANAGING DIRECTOR
BEBELSTRASSE 11A
FREIBURG  79108
GERMANY
INFO@ZAHORANSKY.COM

Records Printed :   17

# EXHIBIT 2

Case 23-10366-JTD    Doc 220    Filed 04/27/23    Page 8 of 9

SiO2 Medical Products, Inc., et al.
Exhibit Page

Page # : 1 of 1                                                                                                    04/24/2023 08:05:18 PM

| | | | |
|---|---|---|---|
| 000045P001-1513S-013<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000040P001-1513S-013<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000046P001-1513S-013<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000008P001-1513S-013<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000006P001-1513S-013<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1513S-013<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000107P001-1513S-013<br>DPS GROUP INC<br>GERARD MORGAN<br>858 CONCORD ST.,STE 100<br>FRAMINGHAM MA 01701 | 000048P001-1513S-013<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 |
| 000009P001-1513S-013<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000109P001-1513S-013<br>GRANTEK SYSTEMS INTEGRATION CORP<br>MIKE GREGOR<br>1651 NORTH CEDAR BLVD.,STE 205<br>ALLENTOWN PA 18104 | 000001P001-1513S-013<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1513S-013<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000049P001-1513S-013<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | 000017P001-1513S-013<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000010P001-1513S-013<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000051P001-1513S-013<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 |
| 000052P001-1513S-013<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000053P001-1513S-013<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 000054P001-1513S-013<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120 | 000108P001-1513S-013<br>PRENT CORPORATION<br>ADAM CASE<br>2225 KENNEDY ROAD<br>JANESVILLE WI 53545 |
| 000106P001-1513S-013<br>R & D CUSTOM AUTOMATION LLC<br>LOREN W ESCH<br>11052 254TH COURT<br>TREVOR WI 53179 | 000057P001-1513S-013<br>SECURITIES & EXCHANGE COMMISSION<br>950 EAST PACES FERRY RD NE<br>SUITE 900<br>ATLANTA GA 30326 | 000012P001-1513S-013<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000055P001-1513S-013<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 |
| 000056P001-1513S-013<br>U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE US ATTORNEYS<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000011P001-1513S-013<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | | |

Records Printed :  26

Case 23-10366-JTD    Doc 220    Filed 04/27/23    Page 9 of 9

SiO2 Medical Products, Inc., et al.
Exhibit Page

Page # : 1 of 1                                                                                              04/24/2023 10:23:16 PM

| | | | |
|---|---|---|---|
| 002031P001-1513A-013<br>ALABAMA POWER COMPANY<br>JEFF PEOPLES<br>PRESIDENT & CEO<br>600 NORTH 18TH ST<br>BIRMINGHAM AL 36832 | 002033P001-1513A-013<br>CINTAS<br>TODD M SCHNEIDER<br>CEO & PRESIDENT<br>6800 CINTAS BLVD<br>MASON OH 45040 | 001412P002-1513A-013<br>DPS GROUP INC<br>AIDAN O'DWYER<br>PRESIDENT, US OPERATIONS<br>959 CONCORD ST STE 100<br>FRAMINGHAM MA 01701 | 001421P002-1513A-013<br>EBARA TECHNOLOGIES<br>SACHIN PARADKAR<br>PRESIDENT & CEO<br>51 MAIN AVE<br>SACRAMENTO CA 95838 |
| 002030P001-1513A-013<br>GRANTEK SYSTEMS INTEGRATION<br>DAVE PATTERSON<br>CEO<br>4480 HARVESTER RD<br>BURLINGTON ON L7L 4X2<br>CANADA | 001497P002-1513A-013<br>HARRO HOFLIGER PACKAGING SYSTEMS INC<br>JEFF SHANE<br>350 SOUTH MAIN ST STE 315<br>DOYLESTOWN PA 18901 | 001500P002-1513A-013<br>HAVAS LIFE PARIS<br>LORIS REPELLIN<br>CEO<br>29/30 QUAI DE DION BOUTON<br>PUTEAUX  92800<br>FRANCE | 002032P001-1513A-013<br>HBS GENERAL CONTRACTOR<br>BLAKE INGRAM<br>OWNER & PRESIDENT<br>302 ALABAMA ST<br>AUBURN AL 36832 |
| 002038P001-1513A-013<br>HORIBA STEC CO LTD<br>ATSUSHI HORIBA<br>CHAIRMAN & GROUP CEO<br>9755 RESEARCH DR<br>IRVINE CA 92618 | 000953P001-1513A-013<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 000954P001-1513A-013<br>IRS (INTERNAL REVENUE SERVICE)<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 000018P002-1513A-013<br>MPM BIO 2014 NVS STRATEGIC FUND LP<br>LUKE EVNIN<br>PRINCIPAL MANAGING DIRECTOR<br>450 KENDALL ST<br>CAMBRIDGE MA 02142 |
| 001081P003-1513A-013<br>NOVARTIS PHARMA AG<br>VASANT NARASIMHAN<br>CEO<br>FORUM 1 NOVARTIS CAMPUS<br>BASEL  4056<br>SWITZERLAND | 001069P002-1513A-013<br>OAKTREE FUND ADMINISTRATION LLC<br>OAKTREE AGENCY<br>333 S GRAND AVE<br>28TH FL<br>LOS ANGELES CA 90071 | 001074P001-1513A-013<br>OAKTREE FUND ADMINISTRATION, LLC,<br>AS ADMINISTRATIVE AGENT<br>1301 AVE OF THE AMERICAS<br>34TH FL<br>NEW YORK NY 10019 | 001714P002-1513A-013<br>PLAINSMAN TOWING LLC<br>STEVE M ASHURST TRUCKING CO<br>1994 WIRE RD<br>AUBURN AL 36832 |
| 002029P001-1513A-013<br>PRENT CORP<br>JOSEPH PREGONT<br>CEO<br>2225 KENNEDY RD<br>JANESVILLE WI 53545 | 001746P002-1513A-013<br>R+D CUSTOM AUTOMATION<br>LOREN ESCH<br>CEO & PRESIDENT<br>23411 W WALL ST<br>LAKE VILLA IL 60046 | 001750P002-1513A-013<br>RICHMOR AVIATION<br>1142 ROUTE 9H<br>PO BOX 423<br>HUDSON NY 12534 | 001075P001-1513A-013<br>SALZUFER HOLDING INC, AS ADMIN AGENT<br>3239 HENDERSON BLVD<br>2ND FL<br>TAMPA FL 33609 |
| 002042P001-1513A-013<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE ANDREW CALAMARI<br>REGIONAL DIRECTOR<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 001107P001-1513A-013<br>UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN UT 84201-0039 | 002028P001-1513A-013<br>WEST PHARMACEUTICAL SVCS INC<br>ERIC GREEN<br>PRESIDENT & CEO<br>530 HERMAN O WEST DR<br>EXTON PA 19341-1147 | |

Records Printed :   23