# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIO2 MEDICAL PRODUCTS, INC. et al,1 | ) | Case No. 23-10366 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that A. Enterprises, LLC and Robert S. Abrams by and though their undersigned attorneys, hereby withdraw this *Motion for Expedited Consideration and to Shorten Notice on Motion by A. Enterprises, LLC and Robert S. Abrams for Entry of an Order Directing the Appointment of an Examiner* [D.I. 228].

| | |
|---|---|
| May 1, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Matthew G. Summers*<br>Matthew G. Summers, Esq. (No. 5533)<br>Laurel D. Roglen, Esq. (No 5759)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>            roglenl@ballardspahr.com<br><br>and<br><br>James P. Menton, Jr. Esq.(admitted *pro hac vice*)<br>ROBINS KAPLAN LLP<br>2121 Avenue of the Stars, Suite 2800 |

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

        Los Angeles, CA 90067
        Telephone: (310) 229-5813
        Facsimile: (310) 229-5800
        E-mail: jmenton@robinskaplan.com

*Counsel to A. Enterprises, LLC and Robert S. Abrams*