IN **IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIO2 MEDICAL PRODUCTS, INC. et al,1 | ) | Case No. 23-10366 (JTD) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 226** |
| Debtors. | ) | |

**NOTICE OF MOTION BY A. ENTERPRISES, LLC AND ROBERT S. ABRAMS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER**

**PLEASE TAKE NOTICE** that on April 28, 2023, A. Enterprises, LLC and Robert S. Abrams filed the *Motion A. Enterprises, LLC and Robert S. Abrams for Entry of an Order Directing the Appointment of an Examiner* [D.I. 226]. (the "**Motion**"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **May 9, 2023 at 4:00 p.m. (prevailing Eastern Time)** with the Bankruptcy Court. At the same time, you must also serve a copy of any response or objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable John T. Dorsey on **May 16. 2023 at 3:00 p.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom # 5,

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

May 1, 2023
Wilmington, Delaware

Respectfully submitted,

<u>/s/ Matthew G. Summers</u>
Matthew G. Summers, Esq. (No. 5533)
Laurel D. Roglen, Esq. (No 5759)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
　　　　roglenl@ballardspahr.com

　　　and

James P. Menton, Jr. Esq.(admitted *pro hac vice*)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone: (310) 229-5813
Facsimile: (310) 229-5800
E-mail: jmenton@robinskaplan.com

*Counsel to A. Enterprises, LLC and Robert S. Abrams*

2