## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) | Case No. 23-10366 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 226 & 253** |
| | ) | |

### LIMITED RESPONSE AND RESERVATION OF RIGHTS OF ATHOS KG TO MOTION BY A. ENTERPRISES, LLC AND ROBERT S. ABRAMS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER

ATHOS KG and certain affiliates (collectively, "ATHOS"), by and through their undersigned counsel, hereby submit this limited response and reservation of rights (the "Response") with regard to the *Motion by A. Enterprises, LLC and Robert S. Abrams for Entry of an Order Directing the Appointment of an Examiner* [D.I. 226] (the "Examiner Motion") and the *Stipulation Regarding Examiner Motion* [D.I. 253] (the "Stipulation").

The Examiner Motion is replete with incorrect, incomplete, and unsubstantiated allegations against ATHOS and Thomas Strüngmann. ATHOS denies the allegations in the Examiner Motion. ATHOS reserves all of its rights in law and equity with respect to the Examiner Motion and the Stipulation, including the right to respond to the Examiner Motion, or any allegations made or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

evidence introduced in connection with the Examiner Motion, in the event that it is renewed or re-filed.

Dated: May 9, 2023
      Wilmington, Delaware

Respectfully submitted,

*/s/ Brendan J. Schlauch*
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   defranceschi@rlf.com
        schlauch@rlf.com

-and-

Steven J. Reisman
Shaya Rochester
Julia Mosse
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020
Telephone:   (212) 940-8800
Facsimile:   (212) 940-8776
Email:   sreisman@katten.com
        srochester@katten.com
        julia.mosse@katten.com

*Counsel for ATHOS KG and Certain Affiliates*