IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SIO2 MEDICAL PRODUCTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10366 (JTD)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Luke A. Barefoot of Cleary Gottlieb Steen & Hamilton LLP to represent A. Enterprises, LLC and Robert S. Abrams (together, "Abrams") in the above cases and any associated adversary proceedings.

Dated: May 22, 2023
Wilmington, Delaware

*/s/ Matthew G. Summers*
Matthew G. Summers (5533)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: May 22, 2023

*/s/ Luke A. Barefoot*
Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2829
Email: lbarefoot@cgsh.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.