IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SIO2 MEDICAL PRODUCTS, INC., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10366 (JTD)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Thomas S. Kessler of Cleary Gottlieb Steen & Hamilton LLP to represent A. Enterprises, LLC and Robert S. Abrams (together, "Abrams") in the above cases and any associated adversary proceedings.

Dated: May 22, 2023
Wilmington, Delaware

                                                       */s/ Matthew G. Summers*
                                                     Matthew G. Summers (5533)
                                                     BALLARD SPAHR LLP
                                                     919 North Market Street, 11th Floor
                                                     Wilmington, Delaware 19801
                                                     Telephone: (302) 252-4428
                                                     Facsimile: (302) 252-4466
                                                     E-mail: summersm@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: May 22, 2023

                                                       */s/ Thomas S. Kessler*
                                                     Thomas S. Kessler
                                                     CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                     One Liberty Plaza
                                                     New York, New York 10006
                                                     Telephone: (212) 225-2884
                                                     Email: tkessler@cgsh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.