# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) ) ) | Case No. 23-10366 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 31, 2023 AT 11:00 A.M. (EASTERN TIME)
<u>BEFORE THE HONORABLE JOHN T. DORSEY</u>**

> **THE HEARING WILL BE HELD ONLY VIA ZOOM VIDEOCONFERENCE.**
>
> **Please use the following registration link to appear via Zoom:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcuyurj0qEoYbG1rMg7JESWSI8OA070I
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## MATTERS GOING FORWARD

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information and (II) Granting Related Relief (Filed March 29, 2023) [Docket No. 7]

   Related Documents:

   (a) Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information and (II) Granting Related Relief (Entered March 30, 2023) [Docket No. 71]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

  (b) Notice of Entry of Interim Order and Final Hearing with Respect to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information and (II) Granting Related Relief (Filed March 30, 2023) [Docket No. 82]

  (c) Debtors' Reply to the United States Trustee's Limited Objection to Motion of Debtors for Entry of an Order Authorizing the Debtors to Redact Certain Personally Identifiable Information (Filed April 24, 2023) [Docket No. 181-4]

  (d) Declaration of Brian Schartz in Support of Debtors' Reply to the United States Trustee's Limited Objection to Motion of Debtors for Entry of an Order Authorizing the Debtors to Redact Certain Personally Identifiable Information (Filed April 24, 2023) [Docket No. 181-4]

  (e) Debtors' Witness and Exhibit List for Hearing Scheduled May 16, 2023, at 3:00 P.M. (Prevailing Eastern Time) (Filed May 12, 2023) [Docket No. 279]

 Objection Deadline: April 13, 2023 at 4:00 p.m. (ET), extended until April 21, 2023 at 4:00 p.m. (ET) for the Committee.

 Responses Received:

  (a) United States Trustees Limited Objection to Motion of Debtors for Entry of an Order Authorizing the Debtors to Redact Certain Personally Identifiable Information (Filed April 13, 2023) [Docket No. 129]

  (b) Informal comments from the Committee.

 Status: This matter is going forward.

2. Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief (Filed March 30, 2023) [Docket No. 45]

 Related Documents:

  (a) Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliate (Filed March 29, 2023) [Docket No. 18]

2

 (b) Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed March 29, 2023) [Docket No. 19]

 (c) Notice of Hearing with Respect to Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief (Filed April 6, 2023) [Docket No. 99]

 (d) Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed May 14, 2023) [Docket No. 280]

 (e) Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed May 14, 2023) [Docket No. 281]

 (f) Notice of Filing Blackline of Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed May 14, 2023) [Docket No. 282]

 (g) Notice of Filing Blackline of Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed May 14, 2023) [Docket No. 283]

 (h) Notice of Filing of Proposed Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief (Filed May 14, 2023) [Docket No. 284]

 (i) Motion for Leave to File Late Reply in Support of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief (Filed May 14, 2023) [Docket No. 285]

Objection Deadline: May 9, 2023 at 4:00 p.m. (ET), extended until May 10, 2023 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses Received:

- (a) Limited Objection of A. Enterprises, LLC and Robert S. Abrams to the Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief (Filed May 9, 2023) [Docket No. 255]

- (b) Official Committee of Unsecured Creditors' Objection and Reservation of Rights to Disclosure Statement for Debtors' Joint Plan of Reorganization and Related Solicitation Procedures (Filed May 9, 2023) [Docket No. 261]

- (c) United States Trustee's Objection to Debtors' Motion for Approval of Disclosure Statement and Related Solicitation Procedures (Filed May 10, 2023) [Docket No. 265]

Status:   This matter is going forward.

3. Motion of Debtors for Entry of an Order Compelling Production of Documents from Robert S. Abrams Under Bankruptcy Rule 2004 (Filed April 24, 2023) [Docket No. 189]

   Related Documents:

   - (a) Reply in Support of Motion of Debtors for Entry of an Order Compelling Production of Documents from Robert S. Abrams Under Bankruptcy Rule 2004 (Filed May 11, 2023) [Docket No. 266]

   - (b) Joinder of the Official Committee of Unsecured Creditors of SiO2 Medical Products, Inc., et al., to (I) Motion of Debtors for Entry of an Order Compelling Production of Documents from Robert S. Abrams Under Bankruptcy Rule 2004 and (II) Debtors' Reply in Support Thereof (Filed May 11, 2023) [Docket No. 267]

   Objection Deadline:  May 1, 2023 at 4:00 p.m. (ET).

   Responses Received:

   - (a) Objection of Robert S. Abrams to Motion of Debtors for Entry of an Order Compelling Production of Documents from Robert S. Abrams under Bankruptcy Rule 2004 (Filed May 1, 2023) [Docket No. 240]

   Status:   This matter is going forward.

4. Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Financial Officer and Certain Additional Personnel and (II) Designate R. Seth Bullock as Chief Financial Officer, Each Effective as of the Petition Date (Filed April 24, 2023) [Docket No. 191]

Related Documents:  None.

Objection Deadline:  May 8, 2023 at 4:00 p.m. (ET), extended until May 12, 2023 at 11:00 a.m. (ET) for the U.S. Trustee.

Responses Received:

    (a)    Informal comments from the U.S. Trustee.

Status:  The Debtors are working to resolve comments from the U.S. Trustee. The Debtors intend to submit a revised form of consensual order under certification of counsel.

5. Motion for Leave to File Late Reply in Support of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief (Filed May 14, 2023) [Docket No. 285]

Related Documents:

    (a)    Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief (Filed March 30, 2023) [Docket No. 45]

Objection Deadline:  N/A

Responses Received:  None.

Status:  This matter is going forward.

Dated: May 26, 2023
    Wilmington, Delaware

*/s/ Justin R. Alberto*
Seth Van Aalten (Admitted *pro hac vice*)
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:	(302) 652-3131
Facsimile:	(302) 652-3117
Email:	svanaalten@coleschotz.com
	jalberto@coleschotz.com
	preilley@coleschotz.com
	snewman@coleschotz.com

-and-

Brian Schartz, P.C. (Admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	bschartz@kirkland.com

-and-

Joshua M. Altman (Admitted *pro hac vice*)
Dan Latona (Admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	josh.altman@kirkland.com
	dan.latona@kirkland.com

*Counsel for the Debtors and Debtors in Possession*

65887/0001-45429908