IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SIO2 MEDICAL PRODUCTS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10366 (JTD)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Michael C. Whalen, Esq. to represent A. Enterprises, LLC and Robert S. Abrams (together, "Abrams") in the above-captioned cases and any related proceedings.

Dated: June 6, 2023
Wilmington, Delaware

    */s/ Matthew G. Summers*
    Matthew G. Summers (5533)
    **BALLARD SPAHR LLP**
    919 North Market Street, 11th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 252-4428
    Facsimile: (302) 252-4466
    E-mail: summersm@ballardspahr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016.  I further certify the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

    */s/ Michael C. Whalen*
    Michael C. Whalen
    **PAUL HASTINGS LLP**
    71 S. Wacker Drive, Forty-Fifth Floor
    Chicago, IL 60606
    Tel: (312) 499-6000
    Fax: (312) 499-6127
    E-mail: michaelcwhalen@paulhastings.com

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.