## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SIO2 MEDICAL PRODUCTS, INC., *et al.* | Case No. 23-10366 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Angelika S. Glogowski, Esq. to represent A. Enterprises, LLC and Robert S. Abrams (together, "Abrams") in the above-captioned cases and any related proceedings.

Dated: June 6, 2023
Wilmington, Delaware

*/s/ Matthew G. Summers*
Matthew G. Summers (5533)
**BALLARD SPAHR LLP**
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Angelika S. Glogowski*
Angelika S. Glogowski
**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor
Chicago, IL 60606
Tel: (312) 499-6000
Fax: (312) 499-6127
E-mail: angelikaglogowski@paulhastings.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.