SiO2 Medical Products, Inc.
23-10366

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Zachary | Balasko | United States of America | U.S. Department of Justice |
| Shayna | Steinfeld | Southern States Bank | Steinfeld & Steinfeld PC |
| Jayna | Lamar | The Teachers' Retirement System of Alabama; The Employees' Retirement System of Alabama | Maynard Nexsen PC |
| Lisa | Schweitzer | Doosan Corporation | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Natan | Bane | Doosan Corporation | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| J. Cory | Falgowski | Regions Bank | Burr & Forman LLP |
| David | Schwartz | dschwartz@cgsh.com | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Shaya | Rochester | ATHOS | Katten Muchin Rosenman LLP |
| Alexandra | Lotty | Robert Abrams | Cleary Gottlieb Steen & Hamilton LLP |
| Richard | Cooper | Robert Abrams | Cleary Gottlieb Steen & Hamilton LLP |
| Mary | Schmergel | United States | US Department of Justice |
| Becky | Yerak | Wall Street Journal | News Corp |
| Steven | Reisman | ATHOS | Katten Muchin Rosenman LLP |
| Julia | Mosse | ATHOS | Katten Muchin Rosenman LLP |
| Katharine | Ross | Robert S. Abrams and A. Enterprises | Cleary Gottlieb Steen & Hamilton |
| Daniel | DeFranceschi | ATHOS KG and certain affiliates | Richards, Layton & Finger, P.A. |
| Christopher | Woodson | SiO2 Medical Science | |
| Emily | Keil | Lazard | McDermott Will & Emery LLP |
| Bradley | Giordano | Lazard | McDermott Will & Emery LLP |
| Johnjerica | Hodge | ATHOS | Katten Muchin Rosenman LLP |
| Aaron | Stulman | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Ricardo | Palacio | (302) 654-1888 | ASHBY & GEDDES, P.A. |
| Thomas | Kessler | Robert S. Abrams and A. Enterprises | Cleary Gottlieb Steen & Hamilton |
| Ben | Keenan | Doosan Corporation | ASHBY & GEDDES, P.A |
| Michael | Fitzpatrick | Debtors | Cole Schotz P.C. |
| Matthew | Austria | Renasant Bank | Austria Legal LLC |
| Katelin | Morales | Official Committee of Unsecured Creditors | Potter Anderson & Corroon LLP |
| Viroopa | Volla | Company | Alvarez & Marsal |
| Benjamin | Beller | Oaktree Capital | Sullivan & Cromwell LLP |
| Nicholas | Baker | Oaktree Capital Management, L.P. | Sullivan & Cromwell, LLP |
| Pauline | Morgan | Oaktree Capital Management, L.P. | Young Conaway Stargatt & Taylor LLP |
| Sonia Helen | Pascale | Doosan Corporation | |
| Linda | Richenderfer | UST | |
| Gabe | Sutherland | Unsecured Creditors Committee | White & Case LLP |
| Andrew | O'Neill | Official Committee of Unsecured Creditors | White & Case |
| Andrea | Kropp | Official Committee of Unsecured Creditors | White & Case |
| Gaitana | Jaramillo | n/a | Reorg Research |
| John | Ramirez | The Committee | White & Case LLP |
| Sean | Farrell | N/A | Alvarez |
| Jacob | Sutter | Debtor | Alvarez & Marsal |
| Uday | Gorrepati | N/A (ABI Project) | |
| Gregory F. | Pesce | Official Committee of Unsecured Creditors | White & Case LLP |
| Sean | Greecher | Oaktree Capital Management, L.P. | Young Conaway Stargatt & Taylor LLP |
| Jeffrey | Waxman | Southern States Bank | Morris James LLP |
| Tara | Pakrouh | Southern States Bank | Morris James LLP |
| Reorg | Research | Reorg Research | |
| Brendan | Schlauch | Athos AG | Richards, Layton & Finger, P.A. |
| Christopher | Samis | Official Committee of Unsecured Creditors | Potter Anderson & Corroon |
| Patrick | Reilley | Debtors | Cole Schotz |
| Matthew | Summers | Robert Abrams and A. Enterprises | Ballard Spahr LLP |
| Chris | Dickerson | Robert Abrams and A. Enterprises | Paul Hastings LLP |
| Michael | Whalen | Robert Abrams and A. Enterprises | Paul Hastings LLP |
| Ryan | Bartley | Oaktree Capital Management, L.P. | Young Conaway Stargatt & Taylor LLP |
| Taylor | Harrison | Debtwire | |
| Jack | Dougherty | Debtors | Cole Schotz |
| Vince | Sullivan | Law360 | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |

SiO2 Medical Products, Inc.
23-10366

| | | | |
|---|---|---|---|
| Erin R. | Rosenberg | Official Committee of Unsecured Creditors | White & Case LLP |
| Stacy | Newman | Debtor | Cole Schotz |
| Joseph | Cudia | United States Trustee | |
| Joshua | Altman | Debtors | Kirkland & Ellis |
| Dan | Latona | SiO2 Medical Products | Kirkland & Ellis, LLP |
| Morgan | Willis | SiO2 Medical Products | Kirkland & Ellis |
| David | Botter | Robert S. Abrams and A. Enterprises | Cleary Gottlieb Steen & Hamilton |
| Seth | Van Aalten | Debtors | Cole Schotz P.C. |
| Brian | Schartz | Debtor | Kirkland Y Ellis LLP |