## **Exhibit 2**

**Disclosure Statement Hearing Notice**

[Filed at Docket No. 99]