# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) ) ) | Case No. 23-10366 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF BIDDING RESULTS AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that, on April 25, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Establishing Bidding Procedures, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [Docket No. 205] (the "Order"), approving certain dates, deadlines, and procedures for the potential sale of certain of the Debtors' assets, attached to the Order as Exhibit A (the "Bidding Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that on June 14, 2023, in accordance with the Bidding Procedures, following consultation with the Consultation Parties, the Debtors filed the *Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 383], announcing certain modified dates and deadlines, including, among other things, setting the Bid Deadline for June 22, 2023, at 4:00 p.m., prevailing Eastern Time, and scheduling an Auction, if necessary, for June 28, 2023, at 10:00 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that, as of the Bid Deadline, the Debtors have not received a Qualified Bid. Accordingly, pursuant to section E of the Bidding Procedures, the Debtors have elected to cancel the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek confirmation of the *Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates* (the "Plan") [Docket No. 372], designating the Initial Plan Sponsors as the Plan Sponsor, at the Confirmation Hearing to be held on July 18, 2023, at 11:00 a.m., prevailing Eastern Time, before the Honorable John T. Dorsey, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market St. N, Third Floor, Wilmington, DE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order or Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, Order, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of the Debtors' notice, claims, and solicitation agent at https://www.donlinrecano.com/smp. You may also obtain copies of any pleadings by visiting the Court's website at https://www.deb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  June 23, 2023 | */s/ Justin R. Alberto* |

Seth Van Aalten (admitted *pro hac vice*)
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: svanaalten@coleschotz.com
         jalberto@coleschotz.com
         preilley@coleschotz.com
         snewman@coleschotz.com

-and-

Brian Schartz, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: brian.schartz@kirkland.com

-and-

Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dan.latona@kirkland.com

*Counsel for the Debtors and Debtors in Possession*