**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*, | Case No. 23-10366 (JTD) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Grant Jones, Esq. of Kirkland & Ellis LLP and Kirkland & Ellis International LLP to represent the debtors and debtors in possession in the above-referenced cases.

Dated: July 14, 2023

*/s/ Stacy L. Newman*
**COLE SCHOTZ P.C.**
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 651-2001
snewman@coleschotz.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 14, 2023

*/s/ Grant Jones*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Grant Jones
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3600
grant.jones@kirkland.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

65887/0001-45749295v1