## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) | Case No. 23-10366 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 18, 2023 AT 11:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

> **THE HEARING WILL BE HELD IN-PERSON IN JUDGE DORSEY'S COURTROOM. THE HEARING WILL BE HELD ON THE 5TH FLOOR IN COURTROOM NO. 5. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM. ALL PARTICIPANTS AT AN IN-PERSON HEARING ARE REQUIRED TO ATTEND IN PERSON, EXCEPT THAT REMOTE PARTICIPATION AT AN IN-PERSON HEARING IS PERMITTED FOR: (I) A PARTY OR A REPRESENTATIVE OF A PARTY THAT HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; OR (II) EXTENUATING CIRCUMSTANCES THAT WARRANT REMOTE PARTICIPATION AS MAY BE DETERMINED BY THE COURT.**
>
> **IF YOU INTEND TO APPEAR VIA ZOOM, YOU ARE REQUIRED TO REGISTER IN ADVANCE AND NO LATER THAN 4:00 P.M. THE DAY PRIOR TO THE SCHEDULED HEARING.**
>
> **Please use the following registration link to appear via Zoom:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdOmhpzgtEpXxJDbiCD9PyhGG3u1PbCc
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## MATTERS GOING FORWARD

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

[2] **Amendments appear in bold print.**

1.  Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed June 9, 2023) [Docket No. 372]

    Related Documents:

    (a)     Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Filed June 9, 2023) [Docket No. 373]

    (b)     Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief (Entered June 9, 2023) [Docket No. 378]

    (c)     Notice of Hearing to Consider Confirmation of the Joint Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines (Filed June 9, 2023) [Docket No. 381]

    (d)     Stipulation Regarding Plan Objection and Debtors' 2004 Motion (Filed June 29, 2023) [Docket No. 409]

    (e)     Notice of Filing of Plan Supplement (Filed June 30, 2023) [Docket No. 416]

    (f)     First Amended Plan Supplement (Filed July 4, 2023) [Docket No. 418]

    (g)     Second Amended Plan Supplement (Filed July 12, 2023) [Docket No. 433]

    (h)     Debtors' Witness and Exhibit List for Hearing Scheduled July 18, 2023 at 11:00 A.M. (Prevailing Eastern Time) (Filed July 14, 2023) [Docket No. 445]

    (i)     **Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes o the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 449]**

    (j)     **Declaration of Tyler W. Cowan in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 450]**

    (k)     **Declaration of Paul M. Meister in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 451]**

65887/0001-45753012

(l)     **Declaration of R. Seth Bullock in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc. and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 452]**

(m)    **Memorandum of Law of Debtors in Support of Confirming the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc. and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 453]**

(n)     **Plan Sponsors' Statement in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Filed July 14, 2023) [Docket No. 455]**

(o)     **Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 456]**

(p)     **Notice of Filing Blackline of Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 457]**

(q)     **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 14, 2023) [Docket No. 458]**

(r)     **Third Amended Plan Supplement (Filed July 14, 2023) [Docket No. 459]**

Objection Deadline:   July 10, 2023 at 4:00 p.m. (ET), extended until July 13, 2023 for the United States Trustee (the "U.S. Trustee") and Dixie Electric Cooperative

Responses Received:

(a)     Limited Objection and Reservation of Rights of Renasant Bank to Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 10, 2023) [Docket No. 425]

(b)     Reservation of Rights of ATHOS KG and Certain Affiliates Thereof Under Section 365(n) of the Bankruptcy Code (Filed July 10, 2023) [Docket No. 426]

(c)     Reservation of Rights of Southern States Bank to Debtors' Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates and Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 10, 2023) [Docket No. 427]

(d)     Limited Objection and Reservation of Rights of Klinge Biopharma GmbH to the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc. and Its Debtor Affiliates (Filed July 12, 2023) [Docket No. 434]

(e)     United States Trustee's Objection to Confirmation of Joint Chapter 11 Plan of SiO2 Medical Products, Inc., and Its Debtor Affiliates (Filed July 13, 2023) [Docket No. 438]

(f)     Internal Revenue Service's Objection to Confirmation (Filed July 13, 2023) [Docket No. 440]

(g)     Limited Objection of Regions Bank to Debtors' (I) Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc.; and (II) Second Amended Plan Supplement (Filed July 13, 2023) [Docket No. 441]

(h)     Dixie Electric Cooperative's Limited Objection to Debtors' Proposed Cure Amounts for Assumption of Executory Contracts and Plan of Reorganization (Filed July 13, 2023) [Docket No. 442]

Status:     This matter is going forward with respect to confirmation. **The Debtors have resolved the objections of Renasant Bank, Southern States Bank, Klinge Biopharma GmbH, the Internal Revenue Service filed at Docket Nos. 425, 427, 434 and 440.** Cure objections will be continued to a later hearing date to be scheduled.

4

Dated: July 14, 2023
    Wilmington, Delaware        */s/ Justin R. Alberto*

Seth Van Aalten (Admitted *pro hac vice*)
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    svanaalten@coleschotz.com
        jalberto@coleschotz.com
        preilley@coleschotz.com
        snewman@coleschotz.com

-and-

Brian Schartz, P.C. (Admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    bschartz@kirkland.com

-and-

Dan Latona (Admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    dan.latona@kirkland.com

*Counsel for the Debtors and Debtors in Possession*

65887/0001-45753012