# UNITED STATES BANKRUPTCY COURT

### District of _Delaware

FILED 2023 JUL 17 AM 10: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

Sio2 Medical Products, Inc.

Case No. 23-10366

Debtor(s)

Chapter 11

## Withdraw of Claim

I, Jon Dustrud on behalf of Water Street Funding LLC, Claimant, hereby withdraw claim number *unknown*, for the following reason:

- Payment obligations under Equipment Lease Agreement 006 were satisfied.

Dated: _07/05/23___

_____
Claimant's Signature