# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) Case No. 23-10366 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these Chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 14th day of July, 2023, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

    a) Debtors' Witness and Exhibit List for Hearing Scheduled July 18, 2023 at 11:00 A.M. (Prevailing Eastern Time) (Docket No. 445);

    b) Motion and Order for Admission Pro Hac Vice (Docket No. 446);

    c) Order Granting Motion to Appear Pro Hac Vice for Grant Jones, Esq. (Docket No. 447);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

d) Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Docket No. 449);

e) Declaration of Tyler W. Cowan in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc. and its Debtor Affiliates (Docket No. 450);

f) Declaration of Paul M. Meister in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc. and its Debtor Affiliates (Docket No. 451);

g) Declaration of R. Seth Bullock in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Docket No. 452);

h) Memorandum of Law of Debtors in Support of Confirming the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Docket No. 453);

i) Certification of No Objection Regarding First Combined Monthly Fee Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of SiO2 Medical Products, Inc., Et Al., for the Period April 13, 2023 Through May 31, 2023 (Docket No. 454);

j) Plan Sponsors' Statement in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Docket No. 455);

k) Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Docket No. 456);

l) Notice of Filing Blackline of Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and its Debtor Affiliates (Docket No. 457);

m) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc. and its Debtor Affiliates (Docket No. 458); and

n) Notice of Filing of Third Amended Plan Supplement (Docket No. 459),

to be served via electronic mail upon the parties as set forth in Exhibit 1; and via U.S. First Class Mail service upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of July, 2023, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
28th day of July, 2023

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Case 23-10366-JTD  Doc 494  Filed 07/28/23  Page 5 of 9
SiO2 Medical Products, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 3                                                                                                    07/14/2023 10:41:26 PM

| | | | |
|---|---|---|---|
| 000119P001-1513S-061<br>ASHBY & GEDDES, P.A.<br>RICARDO PALACIO<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19801<br>RPALACIO@ASHBYGEDDES.COM | 000098P001-1513S-061<br>AUSTRIA LEGAL LLC<br>MATTHEW P AUSTRIA<br>1007 N ORANGE ST.,4TH FLOOR<br>WILMINGTON DE 19801<br>MAUSTRIA@AUSTRIALLC.COM | 000110P002-1513S-061<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN;MARGARET A VESPE<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>SUMMERSM@BALLARDSPAHR.COM | 000110P002-1513S-061<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN;MARGARET A VESPE<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM |
| 000110P002-1513S-061<br>BALLARD SPAHR LLP<br>MATTHEW G SUMMERS;LAUREL D ROGLEN;MARGARET A VESPE<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034<br>VESPERM@BALLARDSPAHR.COM | 000112P001-1513S-061<br>BURR & FORMAN LLP<br>J CORY FALGOWSKI,ESQ<br>222 DELAWARE AVE.,STE 1030<br>WILMINGTON DE 19801<br>JFALGOWSKI@BURR.COM | 000118P001-1513S-061<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>LISA M SCHWEITZER;DAVID Z SCHWARTZ;NATAN E BANE<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>LSCHWEITZER@CGSH.COM | 000118P001-1513S-061<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>LISA M SCHWEITZER;DAVID Z SCHWARTZ;NATAN E BANE<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>DSCHWARTZ@CGSH.COM |
| 000118P001-1513S-061<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>LISA M SCHWEITZER;DAVID Z SCHWARTZ;NATAN E BANE<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>NBANE@CGSH.COM | 000121P001-1513S-061<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>RICHARD J COOPER;DAVID H BOTTER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>RCOOPER@CGSH.COM | 000121P001-1513S-061<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>RICHARD J COOPER;DAVID H BOTTER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>DBOTTER@CGSH.COM | 000122P001-1513S-061<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>LUKE A BAREFOOT;THOMAS S KESSLER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>LBAREFOOT@CGSH.COM |
| 000122P001-1513S-061<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>LUKE A BAREFOOT;THOMAS S KESSLER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>TKESSLER@CGSH.COM | 000041P001-1513S-061<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000004P001-1513S-061<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000100P001-1513S-061<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK,ESQ<br>501 SILVERSIDE RD.,STE 65<br>WILMINGTON DE 19809<br>MARIAS@GOLDMCLAW.COM |
| 000101P001-1513S-061<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MATTHEW E MCCLINTOCK,ESQ<br>111 W WASHINGTON ST.,STE 1221<br>CHICAGO IL 60602<br>MATTM@GOLDMCLAW.COM | 000097P002-1513S-061<br>JACK SHRUM, P.A.<br>JACKSON SHRUM,ESQ<br>919 N MARKET ST.,STE 1410<br>WILMINGTON DE 19801<br>JSHRUM@JSHRUMLAW.COM | 000059P001-1513S-061<br>KATTEN MUCHIN ROSENMAN LLP<br>STEVEN J. REISMAN<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>SREISMAN@KATTEN.COM | 000060P001-1513S-061<br>KATTEN MUCHIN ROSENMAN LLP<br>SHAYA ROCHESTER<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>SHAYA.ROCHESTER@KATTEN.COM |
| 000060P001-1513S-061<br>KATTEN MUCHIN ROSENMAN LLP<br>SHAYA ROCHESTER<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020-1605<br>SROCHESTER@KATTEN.COM | 000061P001-1513S-061<br>KATTEN MUCHIN ROSENMAN LLP<br>JOHN P. HUANG<br>525 WEST MONROE ST<br>CHICAGO IL 60661-3693<br>JOHN.HUANG@KATTEN.COM | 000096P001-1513S-061<br>KATTEN MUCHIN ROSENMAN LLP<br>JULIA MOSSE<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br>JMOSSE@KATTEN.COM | 000050P001-1513S-061<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |

Case 23-10366-JTD  Doc 494  Filed 07/28/23  Page 6 of 9

SiO2 Medical Products, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 3                                                                 07/14/2023 10:41:26 PM

| | | | |
|---|---|---|---|
| 000105P001-1513S-061<br>MAURICE WUTSCHER LLP<br>ALAN C HOCHHEISER<br>23611 CHAGRIN BLVD.,STE 207<br>BEACHWOOD OH 44122<br>AHOCHHEISER@MAURICEWUTSCHER.COM | 000117P001-1513S-061<br>MAYNARD NEXSEN PC<br>JAYNA PARTAIN LAMAR<br>1901 SIXTH AVENUE NORTH STE 1700<br>BIRMINGHAM AL 35203<br>JLAMAR@MAYNARDNEXSEN.COM | 000116P001-1513S-061<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK<br>405 N KING ST.,8TH FLOOR<br>WILMINGTON DE 19801<br>KBUCK@MCCARTER.COM | 000120P001-1513S-061<br>MELISSA SIMON<br>2250 RILEY STREET<br>AUBURN AL 36832<br>MELISSA@MSIMON.CONSULTING |
| 000099P001-1513S-061<br>MILLER & MARTIN PLLC<br>WILLIAM A DUPRE IV<br>1180 WEST PEACHTREE ST.,NW STE 2100<br>ATLANTA GA 30309<br>BILL.DUPRE@MILLERMARTIN.COM | 000094P001-1513S-061<br>MONZACK MERSKY AND BROWDER P.A.<br>RACHEL B MERSKY<br>1201 N ORANGE ST.,STE 400<br>WILMINGTON DE 19801<br>RMERSKY@MONLAW.COM | 000103P001-1513S-061<br>MORRIS JAMES LLP<br>JEFFREY R WAXMAN;ERIC J MONZO;TARA C PAKROUH<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>JWAXMAN@MORRISJAMES.COM | 000103P001-1513S-061<br>MORRIS JAMES LLP<br>JEFFREY R WAXMAN;ERIC J MONZO;TARA C PAKROUH<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM |
| 000103P001-1513S-061<br>MORRIS JAMES LLP<br>JEFFREY R WAXMAN;ERIC J MONZO;TARA C PAKROUH<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>TPAKROUH@MORRISJAMES.COM | 000003P002-1513S-061<br>OFFICE OF THE US TRUSTEE<br>LINDA RICHENDERFER<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>LINDA.RICHENDERFER@USDOJ.GOV | 000124P001-1513S-061<br>PAUL HASTINGS LLP<br>CHRIS L DICKERSON;MICHAEL C WHALEN<br>71 S WACKER DRIVE, FORTY FIFTH FLOOR<br>CHICAGO IL 60606<br>CHRISDICKERSON@PAULHASTINGS.COM | 000124P001-1513S-061<br>PAUL HASTINGS LLP<br>CHRIS L DICKERSON;MICHAEL C WHALEN<br>71 S WACKER DRIVE, FORTY FIFTH FLOOR<br>CHICAGO IL 60606<br>MICHAELCWHALEN@PAULHASTINGS.COM |
| 000125P001-1513S-061<br>PAUL HASTINGS LLP<br>MICHAEL JONES;ANGELIKA S GLOGOWSKI<br>71 S WACKER DRIVE, FORTY FIFTH FLOOR<br>CHICAGO IL 60606<br>MICHAELJONES@PAULHASTINGS.COM | 000125P001-1513S-061<br>PAUL HASTINGS LLP<br>MICHAEL JONES;ANGELIKA S GLOGOWSKI<br>71 S WACKER DRIVE, FORTY FIFTH FLOOR<br>CHICAGO IL 60606<br>ANGELIKAGLOGOWSKI@PAULHASTINGS.COM | 000074P001-1513S-061<br>PIXON ENGINEERING AG<br>DANIEL BERNHARD KEHL<br>PRESIDENT<br>SANDSTRASSE 2<br>VISP  3930<br>SWITZERLAND<br>INFO@PIXON-CH.COM | 000115P001-1513S-061<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>CSAMIS@POTTERANDERSON.COM |
| 000115P001-1513S-061<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>ASTULMAN@POTTERANDERSON.COM | 000115P001-1513S-061<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>KMORALES@POTTERANDERSON.COM | 000115P001-1513S-061<br>POTTER ANDERSON & CORROON LLP<br>CHRISTOPHER M SAMIS;AARON H STULMAN;KATELIN A MORA<br>LEVI AKKERMAN<br>1313 N MARKET ST.,6TH FLOOR<br>WILMINGTON DE 19801<br>LAKKERMAN@POTTERANDERSON.COM | 000095P001-1513S-061<br>RICHARDS LAYTON & FINGER P.A.<br>DANIEL J DEFRANCESCHI;BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>DEFRANCESCHI@RLF.COM |
| 000095P001-1513S-061<br>RICHARDS LAYTON & FINGER P.A.<br>DANIEL J DEFRANCESCHI;BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>SCHLAUCH@RLF.COM | 000015P001-1513S-061<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000016P001-1513S-061<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000102P001-1513S-061<br>STEINFELD & STEINFELD PC<br>SHAYNA M STEINFELD,ESQ<br>11B LENOX POINTE NE<br>ATLANTA GA 30324<br>SHAYNA@STEINFELDLAW.COM |

Case 23-10366-JTD  Doc 494  Filed 07/28/23   Page 7 of 9
SiO2 Medical Products, Inc., et al.

**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                                   07/14/2023 10:41:26 PM

000123P001-1513S-061
STEPHEN E. LUDOVICI
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020
stephen.ludovici@whitecase.com

000019P001-1513S-061
SULLIVAN & CROMWELL LLP
ARI BLAUT
125 BROAD STREET
NEW YORK NY 10004-2498
BLAUTA@SULLCROM.COM

000058P001-1513S-061
SULLIVAN & CROMWELL LLP
BENJAMIN S. BELLER
125 BROAD STREET
NEW YORK NY 10004-2498
BELLERB@SULLCROM.COM

000092P001-1513S-061
SULLIVAN & CROMWELL LLP
NICHOLAS R BAKER
125 BROAD ST
NEW YORK NY 10004
BAKERN@SULLCROM.COM

000005P001-1513S-061
US ATTORNEY FOR DELAWARE
CHARLES OBERLY  ELLEN SLIGHTS
1313 NORTH MARKET ST
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000104P001-1513S-061
US DEPARTMENT OF JUSTICE
J ZACHARY BALASKO
CIVIL DIVISION
P O BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
JOHN.Z.BALASKO@USDOJ.GOV

000113P001-1513S-061
WHITE & CASE LLP
GREGORY F PESCE;ANDREW F O'NEIL;ERIN ROSENBERG
111 SOUTH WACKER DRIVE, STE 5100
CHICAGO IL 60606
GPESCE@WHITECASE.COM

000113P001-1513S-061
WHITE & CASE LLP
GREGORY F PESCE;ANDREW F O'NEIL;ERIN ROSENBERG
111 SOUTH WACKER DRIVE, STE 5100
CHICAGO IL 60606
AONEILL@WHITECASE.COM

000113P001-1513S-061
WHITE & CASE LLP
GREGORY F PESCE;ANDREW F O'NEIL;ERIN ROSENBERG
111 SOUTH WACKER DRIVE, STE 5100
CHICAGO IL 60606
ERIN.ROSENBERG@WHITECASE.COM

000114P001-1513S-061
WHITE & CASE LLP
JOHN RAMIREZ;ANDREA KROPP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020
JOHN.RAMIREZ@WHITECASE.COM

000114P001-1513S-061
WHITE & CASE LLP
JOHN RAMIREZ;ANDREA KROPP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020
ANDREA.KROPP@WHITECASE.COM

000093P001-1513S-061
YOUNG CONAWAY STARGATT & TAYLOR LLP
PAULINE K MORGAN;RYAN M BARTLEY
1000 NORTH KING ST
WILMINGTON DE 19801
PMORGAN@YCST.COM

000093P001-1513S-061
YOUNG CONAWAY STARGATT & TAYLOR LLP
PAULINE K MORGAN;RYAN M BARTLEY
1000 NORTH KING ST
WILMINGTON DE 19801
RBARTLEY@YCST.COM

Records Printed :   **61**

# EXHIBIT 2

Case 23-10366-JTD   Doc 494   Filed 07/28/23   Page 9 of 9

SiO2 Medical Products, Inc., et al.
Exhibit Page

Page # : 1 of 1                                                                                                    07/14/2023 10:41:14 PM

| | | | |
|---|---|---|---|
| 000045P001-1513S-061<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000040P001-1513S-061<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000046P001-1513S-061<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000008P001-1513S-061<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000006P001-1513S-061<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1513S-061<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000107P001-1513S-061<br>DPS GROUP INC<br>GERARD MORGAN<br>858 CONCORD ST.,STE 100<br>FRAMINGHAM MA 01701 | 000048P001-1513S-061<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 |
| 000009P001-1513S-061<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000109P001-1513S-061<br>GRANTEK SYSTEMS INTEGRATION CORP<br>MIKE GREGOR<br>1651 NORTH CEDAR BLVD.,STE 205<br>ALLENTOWN PA 18104 | 000001P001-1513S-061<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P002-1513S-061<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 |
| 000049P001-1513S-061<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | 000017P001-1513S-061<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000010P001-1513S-061<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000051P001-1513S-061<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 |
| 000052P001-1513S-061<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000053P001-1513S-061<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 000054P001-1513S-061<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120 | 000108P001-1513S-061<br>PRENT CORPORATION<br>ADAM CASE<br>2225 KENNEDY ROAD<br>JANESVILLE WI 53545 |
| 000106P001-1513S-061<br>R & D CUSTOM AUTOMATION LLC<br>LOREN W ESCH<br>11052 254TH COURT<br>TREVOR WI 53179 | 000057P001-1513S-061<br>SECURITIES & EXCHANGE COMMISSION<br>950 EAST PACES FERRY RD NE<br>SUITE 900<br>ATLANTA GA 30326 | 000012P001-1513S-061<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000055P001-1513S-061<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 |
| 000056P001-1513S-061<br>U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE US ATTORNEYS<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | 000011P001-1513S-061<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | | |

Records Printed : 26