**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SIO2 MEDICAL PRODUCTS, INC., *et al.*,[1] | ) ) | Case No. 23-10366 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,**
**(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT** on July 19, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") confirmed the *Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates* [Docket No. 475] (the "Plan"), which was attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of Reorganization of SiO2 Medical Products, Inc., and Its Debtor Affiliates* [Docket No. 478] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date, as defined in the Plan, occurred on **August 3, 2023**.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article V.B. of the Plan, unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be Filed with the Bankruptcy Court within the earliest to occur of (1) thirty days after the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection or (2) thirty days after notice of any rejection that occurs after the Effective Date. Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article III of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** all requests for payment of an Administrative Claim (other than Claims entitled to administrative priority that arose on or after the Petition Date in the ordinary course of the Debtors' businesses, Claims subject to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SiO2 Medical Products, Inc. (8467); Advanced Bioscience Labware, Inc. (1229); and Advanced Bioscience Consumables, Inc. (2510). The location of the Debtors' principal place of business and service address in these chapter 11 cases is 2250 Riley Street, Auburn, Alabama 36832.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Confirmation Order.

section 503(b)(1)(D) of the Bankruptcy Code, Claims for fees due under section 1930 of Title 28 of the United States Code, and Professional Fee Claims) that accrued on or before the Effective Date must be filed with the Bankruptcy Court and served on the Debtors no later than the Administrative Claims Bar Date, which date shall be the first Business Day that is 30 days following the service of this notice.  If a Holder of an Administrative Claim (other than Claims entitled to administrative priority that arose on or after the Petition Date in the ordinary course of the Debtors' businesses, Claims subject to section 503(b)(1)(D) of the Bankruptcy Code, Claims for fees due under section 1930 of Title 28 of the United States Code, and Professional Fee Claims) that is required to, but does not, file and serve a request for payment of such Administrative Claim by the Administrative Claims Bar Date, such Holder shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, their Estates, or the Reorganized Debtors, and such Administrative Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** all final requests for payment of Professional Fee Claims must be filed with the Bankruptcy Court and served on the Debtors (or the Reorganized Debtors) no later than forty-five days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim or Interest, and such Holder's respective successors and assigns, regardless of whether the Claim or Interest of such Holder is Impaired under the Plan or such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan, the Confirmation Order, and other documents and materials filed in these Chapter 11 Cases may be obtained at no charge from Donlin Recano & Company, Inc., the claims and noticing agent retained by the Debtors in these Chapter 11 Cases, by:  (a) emailing DRCVote@DonlinRecano.com; or (b) calling the Debtors' restructuring hotline at 1 (800) 591-8236 (US toll free) or (212) 771-1128 (international).  You may also obtain copies of any pleadings filed in these Chapter 11 Cases (a) for a fee via PACER at: http://pacer.psc.uscourts.gov; or (b) at no charge from Donlin Recano & Company, Inc. by accessing the Debtors' restructuring website at https://www.donlinrecano.com/smp.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 4, 2023 | */s/ Justin R. Alberto* |
| | Seth Van Aalten (admitted *pro hac vice*) |
| | Justin R. Alberto (No. 5126) |
| | Patrick J. Reilley (No. 4451) |
| | Stacy L. Newman (No. 5044) |
| | **COLE SCHOTZ P.C.** |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, Delaware 19801 |
| | Telephone:   (302) 652-3131 |
| | Facsimile:   (302) 652-3117 |
| | Email:   svanaalten@coleschotz.com |
| |         jalberto@coleschotz.com |
| |         preilley@coleschotz.com |
| |         snewman@coleschotz.com |

-and-

Brian Schartz, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   brian.schartz@kirkland.com

-and-

Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   dan.latona@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*